SAUCKE BROS. CONSTRUCTION Co., INC., Appellant, *v.* EDWARD A. COMSTOCK et al., Respondents.

(Argued June 16, 1932; decided July 19, 1932.)

*Walter S. Forsyth* for appellant.

*Percival D. Oviatt* for Edward A. Comstock and Frederick P. Kimball, respondents.

Judgment affirmed, with costs to respondents Comstock and Kimball; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG and CROUCH, JJ.